1  RICHARD K. DIAMOND (State Bar No. 070634)
   rdiamond@dgdk.com
2  MICHAEL G. D'ALBA (State Bar No. 264403)
   mgd@dgdk.com
3  DANNING, GILL, DIAMOND & KOLLITZ, LLP
   2029 Century Park East, Third Floor
4  Los Angeles, California 90067-2904
   Telephone: (310) 277-0077
5  Facsimile: (310) 277-5735

6  Attorneys for Laguna Carwash, LLC, and Chasers, LLC

7

8              UNITED STATES BANKRUPTCY COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10             SAN FERNANDO VALLEY DIVISION

11 In re                          ) Case No. 1:10-bk-21021-GM
                                  )
12 WE LEAD, INC.,                 ) Chapter 11
                                  )
13      Debtor.                   ) **NOTICE OF MOTION TO DISMISS**
                                  )
14                                ) Date:  Hearing To Be Set
                                  ) Time:  Hearing To Be Set
15                                ) Place: Courtroom 303
                                  )        21041 Burbank Boulevard
16  _____ )         Woodland Hills, CA 91367

17       TO THE HONORABLE GERALDINE MUND, THE DEBTOR, THE CHAPTER 11

18 TRUSTEE, THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

19       PLEASE TAKE NOTICE THAT, at the date and time to be set by the Court pursuant to

20 Local Bankruptcy Rule 9075-1(b), Laguna Carwash, LLC ("Laguna Carwash") and Chasers, LLC

21 ("Chasers"), will and hereby do move the Court for an order dismissing the Debtor's case for cause

22 pursuant to Rules 1017(f)(1) and 9014 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C.

23 § 1112(b) (the "Motion")[1].

24 _____

25 [1] Concurrently with the Motion, Laguna Carwash and Chasers are filing an Ex Parte Application
   for Order Shortening Time for Hearing of Motion to Dismiss, pursuant to Local Bankruptcy Rule
26 9075-1(b) (the "Application"). Laguna Carwash and Chasers, should the Court grant the
   Application and schedule a hearing of the Motion on shortened time, will provide, among other
27 things, notice of the date, time, and place of the hearing of the Motion, within the time and in the
   manner as directed by the Court, as well as notice of the time by which any opposition to the
28                                                                                    (Continued...)

-1-

359189.01 [XP]25517

The facts underlying the Motion and nature of the relief sought are as follows:

1. On February 28, 2006, Nara Bank loaned $3,660,000 to ZMS Group, Inc. ("ZMS"), which loan (the "Nara Note") was secured by a recorded deed of trust (the "Nara Trust Deed") encumbering the real property more commonly known as 25991 Crown Valley Parkway, Laguna Niguel, California (the "Crown Valley Property").

2. On July 25, 2007, Aurora Fidelity Trust Co. Ltd. ("Aurora") placed $2,750,000 of investor money with Overland Direct, Inc. ("Overland") to loan to ZMS. Overland loaned this sum to ZMS on July 25, 2007, which loan was secured by a recorded deed of trust (the "Overland Trust Deed") encumbering the Crown Valley Property.

3. In addition to the Nara Trust Deed and the Overland Trust Deed, the Crown Valley Property is encumbered by third and fourth deeds of trust, federal and state tax liens, a state court judgment, and a Notice of <u>Lis</u> <u>Pendens</u>, and real estate taxes for roll years 2007, 2008, and 2009 are due and owing.

4. Nara Bank recorded its Notice of Default and Election to Sell under Deed of Trust in connection with the Nara Trust Deed on June 12, 2009 (the "Nara Default Notice"), which advised that "[n]o sale date may be set until three months from the date this notice of default may be recorded." The Debtor's formative documents were filed with the Secretary of State on September 28, 2009.

5. Overland recorded its Notice of Default and Election to Sell under Deed of Trust in connection with the Overland Trust Deed on July 22, 2009 (the "Overland Default Notice").

6. Overland purportedly purchased the Crown Valley Property on November 17, 2009 at a Trustee Sale held in connection with the Overland Default Notice. The records of the Orange

///

---

(...Continued)

Motion must be filed. Such notice shall be provided to all those upon whom the Application and the Motion were served.

-2-

359189.01 [XP]25517

1  County Grantor-Grantee Index reveal that no Notice of Trustee's Sale or Trustee's Deed upon Sale
2  conveying the Crown Valley Property to Overland were ever recorded.

3      7.    On June 24, 2010, Nara Bank assigned its interest in the Nara Trust Deed to
4  Chasers, LLC ("Chasers").

5      8.    Chasers' purchase of the Nara Trust Deed, and the debt obligation secured by the
6  Nara Trust Deed, was financed by First Credit Bank ("First Credit"). To provide security to First
7  Credit for its financing of this purchase, Chasers assigned its interest in the Nara Trust Deed to
8  First Credit.

9      9.    On July 28, 2010, First Credit assigned its interest in the Nara Trust Deed to Laguna
10 Carwash, LLC ("Laguna Carwash"). Laguna Carwash is a wholly-owned subsidiary of First
11 Credit.

12     10.    Although Nara Bank and ZMS had entered into two forbearance agreements, one in
13 September 2009 and the other in December 2009, ZMS remained in default under the Nara Note
14 and a Notice of Trustee's Sale in connection with the Nara Default Notice was recorded on August
15 5, 2010 ("Nara Sale Notice"), which advised of a public sale of the Crown Valley Property to be
16 held on September 2, 2010 (the "Crown Valley Property Sale").

17     11.    Aurora alleged in a letter to Chasers dated August 20, 2010 that it had an interest in
18 the Crown Valley Property, that there were irregularities with the Crown Valley Property Sale, and
19 that it would pursue a claim for damages in connection with the Crown Valley Property Sale.

20     12.    Between August 24, 2010 and August 26, 2010, Chasers' counsel exchanged
21 correspondence with Aurora's counsel in which Aurora advised that it had transferred $2,750,000
22 in trust for certain bond holders to Overland and that Overland had then loaned these funds to
23 ZMS, taking the Overland Trust Deed as security.

24     13.    In this exchange, Aurora also claimed that Overland had assigned its interest in the
25 Crown Valley Property to Esola Capital Investment, LLC, in Trust for Aurora, by an unrecorded
26 grant deed dated July 27, 2010 (the "Overland-Esola Deed"). The unrecorded Overland-Esola
27 Deed purported to convey the Crown Valley Property to Esola, but Aurora did not advise of the
28 supposed November 17, 2009 Trustee sale of the Crown Valley Property. When Aurora's counsel

-3-

1 was asked how Overland came to acquire an ownership interest in the Crown Valley Property when
2 the title report for that property made no mention of Overland's having acquired such an interest
3 and actually advised that ZMS was the owner of record, Aurora's counsel's responses were evasive.
4 The Crown Valley Property Sale remained on schedule following this exchange.

14. An Aurora official, Mr. Dan Tepper, attempted to purchase the Nara Note in the week prior to the Crown Valley Property Sale. According to the Secretary of State's records, the authorized agent for service of process for the Debtor is Tal Tepper.

15. On September 1, 2010, the day before the Crown Valley Property Sale, the Overland-Esola Deed was recorded with the Orange County Recorder.

16. Also on September 1, 2010, Esola recorded a grant deed conveying an undivided 30% interest in the Crown Valley Property to the Debtor (the "Esola-Debtor Deed").

17. The Esola-Debtor Deed was recorded on September 1, 2010, following the recording on August 31, 2010 of the Corporation Assignment of Deed to Trust by which Overland purported to convey directly to the Debtor an undivided 30% interest in the Overland Trust Deed, which supposedly had already been foreclosed upon at a Trustee Sale purportedly held on November 17, 2009 in connection with the Overland Default Notice.

18. The Debtor and Esola share 15720 Ventura Boulevard, Ste. 400, Encino, California, as their respective business addresses.

19. On September 1, 2010, the day when Overland had conveyed to the Debtor, via Overland's transfer to Esola, a 30% interest in the Crown Valley Property, as well as a 30% interest in the supposedly-foreclosed-upon Overland Trust Deed, the Debtor filed its voluntary petition under Chapter 11 of Title 11 of the United States Code (the "Petition").

20. On September 2, 2010, the day after the Debtor had filed the Petition, Mr. Tepper made a second attempt to purchase the Nara Note, offering $3,200,000. According to the Nara Sale Notice, $3,921,022.18 was due and owing under the Nara Note.

This Motion is based upon this Notice of Motion, the Motion, the accompanying Memorandum of Points and Authorities, Declarations of Harry O. Schenk and James B. Gray,

///

359189.01 [XP]25517

1 | Request for Judicial Notice, and proposed form of order, as well as the papers and pleadings in this
2 | case, and such other evidence that may be presented to the Court.

4 | Dated: September 24, 2010          DANNING, GILL, DIAMOND & KOLLITZ, LLP

By: _____
RICHARD K. DIAMOND
Attorneys for Laguna Carwash, LLC, and
Chasers, LLC

-5-

359189.01 [XP]25517

| In re: | CHAPTER 11 |
|---|---|
| WE LEAD, INC., Debtor(s). | CASE NUMBER 1:10-21021-GM |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
DANNING, GILL, DIAMOND & KOLLITZ, LLP, 2029 CENTURY PARK EAST, THIRD FL., LOS ANGELES, CA 90067

A true and correct copy of the foregoing document described **NOTICE OF MOTION TO DISMISS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 27, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Michael G D'Alba    mgd@dgdk.com
- Richard K Diamond (TR)    jlv@dgdk.com, rdiamond@ecf.epiqsystems.com
- S Margaux Ross    margaux.ross@usdoj.gov
- Attorney for Debtor: Rachel S Ruttenberg    rruttenberg@gmail.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **September 27, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 27, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

<u>Served By Personal Delivery</u>
Hon. Geraldine Mund, U.S. Bankruptcy Court, 21041 Burbank Blvd., Suite 342, Woodland Hills, CA 91367

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 27, 2010 | Cheryl Caldwell | /s/ Cheryl Caldwell |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                        F 9013-3.1

| In re: | CHAPTER 11 |
|---|---|
| WE LEAD, INC., Debtor(s). | CASE NUMBER 1:10-21021-GM |

## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):

### Served By Overnight Mail

Debtor
We Lead, Inc.
15720 Ventura Blvd. #400
Encino, CA 91436
Attn: Beck Saffary, Agent for Service of Process

U.S. Trustee
United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Overland Direct, Inc.
18627 Topham Street
Tarzana, CA 91335

Overland Direct, Inc.
Attn: Michael H. Singer, Esq.,
Registered Agent
4475 S. Pecos Road
Las Vegas, NV 89121

Allison/Overland Financial
18627 Topham Street
Tarzana, CA 91335

A&J Food Store, Inc.
5440 San Juan Avenue
Citrus Heights, CA 95618

California Fuel Supply, Inc.
587 Ygnacio Valley Road
Walnut Creek, CA 94596
Attn: Mike Ahmadi, President

ZMS Group, Inc.
Paracorp Incorporated
Agent for Service of Process
2804 Gateway Oaks Dr Ste 200
Sacramento Ca 95833

State Board of Equalization
P.O. Box 942879
Sacramento, CA 94279-0055

State of California
Employment Development Department
Centralized Collection Division, MIC 92
P.O. Box 826880
Sacramento, CA 94280-0001

Laguna Niguel District/Area 16
Internal Revenue Service
24000 Avila Road, Stop 5905
Laguna Niguel, CA 92677
Attn: K. Ripp
Technical Support Territory Manager

Internal Revenue Service/Area 16
Stop 5021/Advisory Unit 1
Room 4062
300 N. Los Angeles Street
Los Angeles, CA 90012
Attn: L.A. Kirkwood
Technical Support Territory Manager

BLX Capital, LLC
c/o Levy, Small & Lallas
Attn: Leo D. Plotkin, Esq. and
Bradley I. Kramer, Esq.
815 Moraga Drive
Los Angeles, CA 90049

A. Sasha Frid, Esq.
Miller Barondess LLP
1999 Ave of the Stars Ste 1000
Los Angeles, CA 90067

Counsel to Aurora Fidelity Trust Co. Ltd.
Esola Capital Investment, LLC
c/o of Dan Tepper, Agent for Service of Process
15720 Ventura Boulevard, Ste. 400
Encino, CA 91436

State Labor Commissioner Chief
Division of Labor Standards
Enforcement, State of California
Department of Industrial Relations
Attn: James E. Berry, Esq.
2031 Howe Avenue, Suite 100
Sacramento, CA 95825

All Creditors
Best Alliance Foreclosure and
Lien Services
16133 Ventura Blvd. #700
Encino, CA 91436

First Credit Bank, a California Banking Corporation
9255 W. Sunset Boulevard
West Hollywood, CA 90069
Attn: Farhad Ghassemieh, Chief Executive Officer

G&M Oil Company, Inc.
16868 A Street
Huntington Beach, CA. 92647-4831
Attn: George A. Pearson, President

Nara Bank
3731 Wilshire Blvd., Suite 400
Los Angeles, CA 90010
Attn: Helen Yun Kim, Agent for Service of Process

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1